| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR/CIRCUIT COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING AT _____, INDIANA |

JAMES SARR,              )
                         )
    Plaintiff,           )
                         )
vs.                      )    CAUSE NO.:
                         )
TARGET CORPORATION d/b/a )    45D11-1903-CT-000277
TARGET                   )
                         )
    Defendant.           )

## COMPLAINT

COMES NOW Plaintiff, James Sarr, by and through counsel, Malloy Etzler and Lawhead, P.C., by Timothy O. Malloy and Edward C. Lawhead, and for his cause of action against the Defendant, Target Corporation d/b/a Target, states as follows.

1. On September 26, 2018, and at all times relevant herein, the Plaintiff, James Sarr, was a resident of the City of Crown Point, Lake County, State of Indiana.

2. On September 26, 2018, and at all times relevant herein, Defendant, Target Corporation d/b/a Target, LLC, was an entity licensed to do business in the State of Indiana with its principal place of business located at 10451 Indianapolis Boulevard, Highland, State of Indiana.

3. On September 26, 2018, and at all times relevant herein, Defendant, Target Corporation d/b/a Target, was an entity with an ownership interest in the property located at 10451 Indianapolis Boulevard, Highland, Lake County, State of Indiana.

4. On said date referenced above, Plaintiff was an invitee on the premises located at 10451 Indianapolis Boulevard, Highland, Indiana.

5. On said date, Plaintiff slipped and fell in an aisle in the toy section of the aforementioned establishment, causing him to suffer injuries to his person.

6. Defendant, Target Corporation d/b/a Target, owed Plaintiff, James Sarr, a duty to maintain its

1



premises in a non-negligent manner.

7.  Defendant, Target Corporation d/b/a Target, owed a duty of care to the Plaintiff to take appropriate steps to remove any and all hazardous/defective conditions of which it had or should have had knowledge existed on its premises.

8.  Defendant, Target Corporation d/b/a Target, further had a duty to warn Plaintiff of any and all hazardous/defective conditions which it had or should have had knowledge existed on its premises.

9.  That the Defendant, Target Corporation d/b/a Target, breached these duties by allowing a hazardous/defective condition to exist on its premises. Defendant further breached its duty to Plaintiff by failing to remove defects and failing to warn Plaintiff of these defects.

10. As a direct and proximate result of the negligent acts of the Defendant, Target Corporation d/b/a Target, Plaintiff, James Sarr, sustained personal injuries.

11. As a direct and proximate result of the negligent acts of the Defendant, Target Corporation d/b/a Target, Plaintiff, James Sarr, sustained pain and suffering and emotional trauma.

12  As a direct and proximate result of the negligence of the Defendant, Target Corporation d/b/a Target, Plaintiff, James Sarr, has incurred medical expenses, past, present and future.

13. As a direct and proximate result of the negligent acts of the Defendant, Target Corporation d/b/a Target, and the Plaintiff's injuries, Plaintiff, James Sarr, incurred lost wages and loss of life's enjoyments.

**WHEREFORE**, Plaintiff, James Sarr, prays for judgment against Defendant, Target Corporation d/b/a Target, in an amount that will reasonably compensate him for damages and injuries, interest thereto, costs hereunder expended, and for all other just and proper relief in the premises.

## JURY DEMAND

Plaintiff, by counsel, respectfully requests trial by jury on all issues triable by jury.

Respectfully submitted,

MALLOY ETZLER & LAWHEAD, P.C.

BY: _____
Timothy O. Malloy, #9990-45
Edward C. Lawhead, #26868-45
9635 Saric Court
Highland, Indiana 46322
Telephone (219) 922-3901
Attorneys for Plaintiff

3